UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KEVIN J. MORAN,<br><br>    Defendant. | No. CR-07-019-FVS<br><br>FINDING RE LOSS |

**THIS MATTER** having come before the Court on June 12, 2008; the Court having weighed the evidence and considered the argument of counsel; Now, therefore

**AMOUNT OF LOSS**

For the reasons given at the conclusion of the June 12th hearing, the Court finds that the sum of $37,688 represents the reasonably foreseeable pecuniary harm that resulted from the defendant's offense.

**THE DISTRICT COURT EXECUTIVE** is hereby directed to enter this finding and furnish copies to counsel.

**DATED** this ___13th___ day of June, 2008.

                                s/Fred Van Sickle
                                Fred Van Sickle
                    Senior United States District Judge

FINDING RE LOSS - 1