UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

KEVIN J. MORAN,

        Defendant.

No. CR-07-019-FVS

**AMENDED**
FINDING RE LOSS

**THIS MATTER** having come before the Court on June 12, 2008; the Court having weighed the evidence and considered the argument of counsel; Now, therefore

**AMOUNT OF LOSS**

For the reasons given at the conclusion of the June 12th hearing, the Court finds that the sum of $37,688.77 represents the reasonably foreseeable pecuniary harm that resulted from the defendant's offense.

**THE DISTRICT COURT EXECUTIVE** is hereby directed to enter this finding and furnish copies to counsel.

**DATED** this   13th   day of June, 2008.

                    s/Fred Van Sickle
                    Fred Van Sickle
       Senior United States District Judge

FINDING RE LOSS - 1