PROB 12D
(6/05)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 15 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# United States District Court

## for the

## Eastern District of Washington

### Request for Summons and Modification of the Conditions or Term of Supervision

Name of Offender: Kevin John Moran          Case Number: 2:07CR00019-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 07/15/2008          Type of Supervision: Supervised Release

Original Offense: Theft of Government Property, 18 U.S.C. § 641          Date Supervision Commenced: 09/01/2009

Original Sentence: Prison - 12 months; TSR - 36 months          Date Supervision Expires: 08/31/2012

### PETITIONING THE COURT

The offender, not having waived a hearing, the probation officer requests that a summons be issued and hearing held to modify the conditions of supervision as follows: to modify the conditions of supervision as follows:

24    You shall reside in a residential reentry center (RRC) for a period up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

### CAUSE

The probation officer believes that the action requested above is necessary for the following reasons:

Mr. Moran is currently being supervised in the Western District of Washington. On June 25, 2010, the U.S. Probation Office in the Eastern District of Washington received a report of alleged violations committed by the defendant in the Western District of Washington. Specifically, it is alleged the defendant consumed alcohol and moved without notifying the supervising probation officer. A detailed account of events is reflected in the attached violation report from the Western District of Washington U.S. Probation Office.

Following receipt of this information, contact was made with the Probation Office in the Western District of Washington. Mr. Moran was approached and questioned if he would be in agreement to enter into a Residential Reentry Center to address his alleged violations. It was reported to undersigned officer that Mr. Moran did not agree to being placed into a Residential Reentry Center, as he did not think the alleged violations were of a serious nature. Furthermore it was noted that Mr. Moran would like to return to the Eastern District of Washington to address the alleged violations.

The undersigned officer is presenting this information to Your Honor for consideration of the issuance of a summons requiring Mr. Moran to appear before the Court to show cause why no official action should be taken.

Prob 12D
Re: Moran, Kevin John
July 15, 2010
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

by   s/Richard Law

Richard Law
U.S. Probation Officer
Date: July 15, 2010

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Summons
[ ]   Other

Fred Van Sickle
Signature of Judicial Officer

July 15, 2010
Date