PROB 12C
(7/93)

Report Date: August 11, 2010

## United States District Court

### for the

### Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 11 2010

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

Name of Offender: Kevin John Moran        Case Number: 2:07CR00019-001

Address of Offender: 3315 E. Camano Dr., Camano Island, WA 98282

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 07/15/2008

Original Offense:       Theft of Government Property, 18 U.S.C. § 641

Original Sentence:     Prison - 12 months;        Type of Supervision: Supervised release
                       TSR - 36 months

Asst. U.S. Attorney:   Earl A. Hicks               Date Supervision Commenced: 09/01/2009

Defense Attorney:      Amy Rubin                   Date Supervision Expires: 08/31/2012

---

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on July 15, 2010.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 21**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer) as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: The defendant submitted to a blood alcohol content test in accordance with his conditions of probation with Snohomish County, on July 6, 2010. Said test revealed that the defendant's blood alcohol level was .027 and .025.<br><br>The defendant submitted to a blood alcohol content test in accordance with his conditions of probation with Snohomish County, on August 6, 2010. Said test was conducted at 5:06 am, 5:20 am, and 5:30 am, with results of the defendant's blood alcohol level of .019, .014, and .016. |

Prob12C
Re: Moran, Kevin John
August 11, 2010
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/11/2010

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Fred Van Sickle
Signature of Judicial Officer

August 11, 2010
Date